No. 2190.—ANNIE C. DIGGS *v.* JAMES MAURY.

A' lessee can not set up, in defense to a claim for rent, that the building was uninhabitable, and that he has suffered damages to his furniture in consequence thereof. In such a case, the lessee was authorized, if the lessor has failed or refused, to have the necessary repairs made, and deduct the cost from the rent.

APPEAL from the Second Judicial District Court, parish of Jefferson. *Pardee,* J. *Percy Roberts* and *Hays & New,* for plaintiff and appellee. *L. M. Day* and *A. Cazabat,* for defendant and appellant.

LUDELING, C. J. The plaintiff sues to recover the rent for a house and square of ground in Jefferson. The defendant filed a general denial, and further alleged the house was uninhabitable, and that in consequence of the want of repairs he was greatly damaged by the deterioration of his furniture, etc.

The plaintiff has proved her claim. The claim of the defendant in reconvention is untenable. If the lessor refused or failed to make necessary repairs, the lessee might himself have caused them to be made, and deduct the cost from the rent, on proving that the repairs were indispensable, and that the price paid by him was just and reasonable. C. C. 2694 [2664]; 4 Rob. 428; 21 An. 714; 22 An. 292.

It is therefore ordered that the judgment of the court *a qua* be affirmed, with costs of appeal.